
FILED
2026 MAR -9 PM 11:53
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN

# UNITED STATES DISTRICT COURT
for the
Middle District of Tennessee

_____ Division

Nykole R. Dingle
*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names )

-v-

Department Human Services
*Defendant(s)*
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names. Do not include addresses here )

Case No. 3:26-cv-0270
(to be filled in by the Clerk's Office)

Jury Trial: (check one) ☐ Yes ☑ No

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Nykole Dingle
Address: 305 Belkshire Terrace Ct
Nashville, TN 37207
County: Davidson
Telephone Number: (615) 429-2834
E-Mail Address: iamcokobrown@gmail.com

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
Name: Department of Human Services
Job or Title (if known):
Address: 505 Deaderick Street
Nashville, TN 37243
County: Davidson
Telephone Number:
E-Mail Address (if known):

[ ] Individual capacity  [ ] Official capacity

Defendant No. 2
Name:
Job or Title (if known):
Address:
City, State, Zip Code
County:
Telephone Number:
E-Mail Address (if known):

[ ] Individual capacity  [ ] Official capacity

**Defendant No. 3**
Name
Job or Title *(if known)*
Address

*City*     *State*     *Zip Code*

County
Telephone Number
E-Mail Address *(if known)*

☐ Individual capacity    ☐ Official capacity

**Defendant No. 4**
Name
Job or Title *(if known)*
Address

*City*     *State*     *Zip Code*

County
Telephone Number
E-Mail Address *(if known)*

☐ Individual capacity    ☐ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U S 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☒ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

*failure to protect my rights as a U.S. Citizen*

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

III. **Statement of Claim**

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

B. What date and approximate time did the events giving rise to your claim(s) occur?

C. What are the facts underlying your claim(s)? *(For example  What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

perjury

## IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

## V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

$10 billion for their Negligence

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 03\9\2026

Signature of Plaintiff        Nykole R. Dingle
Printed Name of Plaintiff     Nykole Dingle

### B. For Attorneys

Date of signing: _____

Signature of Attorney      _____
Printed Name of Attorney   _____
Bar Number                 _____
Name of Law Firm           _____
Address                    _____
                           City        State      Zip Code
Telephone Number           _____
E-mail Address             _____

STATE OF TENNESSEE

DEPARTMENT OF HUMAN SERVICES

NYKOLE DINGLE, APPELLANT

VS

TENNESSEE DEPARTMENT OF HUMAN SERVICES

### DEFAULT INITIAL ORDER

On October 14, 2025, the Appellant, Ms. Nykole Dingle, requested a fair hearing when the Department of Human Services (DHS) denied her application for Supplemental Nutrition Assistance Program (SNAP) benefits. The hearing was then scheduled for December 1, 2025, before DHS Administrative Judge Jonathan L. Fly. The Appellant, however, failed to appear on the scheduled hearing date.

DHS sent the Notice of Hearing to the Appellant's address of record by first class mail. The postal service did not return the Notice of Hearing as being undeliverable. Because the Appellant failed to appear at the hearing after receiving sufficient service of the Notice of Hearing under Tenn. Comp. R. & Regs. 1240-05-04-.01(4), the Appellant is in default under 7 C.F.R. § 273.15(j)(1)(ii), Tenn. Code Ann. § 4-5-309, and Tenn. Comp. R. & Regs. 1240-05-05-.04(1)(a).

Since the Appellant is the party seeking to change the administrative action taken by DHS, the Appellant has the burden of proof under Tenn. Comp. R. & Regs. 1240-05-02-.01(1)(k)3. The Appellant failed to meet the burden of proof, therefore, the action taken by DHS stands. *See* Tenn. Comp. R. & Regs. 1240-05-05-.04(1(b)1.

This order is entered and effective as of the date shown on the first page.

Jonathan L. Fly
DHS Administrative Judge

# STATE OF TENNESSEE
## DEPARTMENT OF HUMAN SERVICES

NYKOLE DINGLE, APPELLANT

VS

TENNESSEE DEPARTMENT OF HUMAN SERVICES

### RESPONSE TO PETITION TO RECONSIDER THE DEFAULT INITIAL ORDER

The Default Initial Order in this case regarding the denial of an application for Supplemental Nutrition Assistance Program (SNAP) benefits was entered on December 3, 2025 On December 9, 2025, the Appellant's filed a timely Petition for Reconsideration (the Petition)

In the Petition, the Appellant did not state why she failed to appear for the hearing. Instead, she stated that she did not receive SNAP benefits for September through December. Even though the Appellant failed to give a reason as to why, it appears that she disagrees with the denial of her application for SNAP benefits which remained in effect because of the Default Initial Order.

Under Tenn Code Ann §§ 4-5-315 and 4-5-317 and Tenn Comp R & Regs. 1240-05-09-.01 and 1240-05-09- 04, the Appellant presented sufficient grounds for reconsideration. Therefore, the Petition for Reconsideration of the Default Initial Order regarding the denial of the Appellant's application for SNAP benefits is granted   The Appellant will receive a new hearing date.

As no evidence was submitted at the default hearing, the upcoming proceeding is *de novo*, and the scope of the hearing is open to receipt of all relevant evidence  Tenn Code Ann § 4-5-317(d); Tenn. Comp R & Regs. 1240-05-09- 04(2), Tenn. Code Ann. § 4-5-313, Tenn. Comp R. & Regs. 1240-05-06-.01

*[signature]*

Jonathan L. Fly
DHS Administrative Judge



# STATE OF TENNESSEE
# DEPARTMENT OF HUMAN SERVICES

Customer Name  Nykole Dingle         Appeal Number 2510502321
Customer ID  244702578                Date  12/10/2025

## NOTICE OF RECEIPT OF PETITION FOR RECONSIDERATION OF INITIAL ORDER

Dear Nykole Dingle

On December 03, 2025, an Initial Order was entered in the above styled case. On December 09, 2025, a Petition for Reconsideration of the Initial Order was timely filed.

A decision shall be issued within 20 days. If a decision is not issued within 20 days then the Petition for Reconsideration of the Initial Order shall have been deemed denied in accordance with Tennessee Code Annotated 4-5-317(c) and State Rule 1240-5-9- 04.

The non-filing party shall have ten (10) days, or until December 19, 2025, to respond to the Petition  Any such response should be made by mail, email, or fax.

Any party wishing to request a copy of the petition should make such request by mail at.

Department of Human Services
Division of Appeals and Hearings
James K. Polk Building, 1st Floor
505 Deaderick Street
Nashville, Tennessee 37243

Or by e-mail at AppealsClerksOffice.DHS@tn.gov or send us a fax at (615) 248-7013 or (866) 355-6136.

The request must be received no later than December 14, 2025.

CC. Michael T Donegan, Case Prep LA, 505 Deaderick St, First Floor, NASHVILLE, DAVIDSON, TN 37243
    SNAP Program Area
    Melanie R Foster, Case Prep LA, 505 Deaderick St, First Floor, NASHVILLE, DAVIDSON, TN 37243
    Edward J Singley, Case Prep LA, 505 Deaderick St, First Floor, Nashville, DAVIDSON, TN 37243
    Amanda M Cummins, Case Prep LA, 505 Deaderick St, First Floor, NASHVILLE, DAVIDSON, TN 37243
    Jonathan L Fly, DHS Administrative Judge, 505 Deaderick St, First Floor, NASHVILLE, DAVIDSON, TN 37243